ROGER C. TOLLES ET AL. *v.* MARK W. CASTRO, TRUSTEE, ET AL.
(12445)

Schaller, Spear and Hennessy, Js.

Submitted on briefs December 14, 1995—decision released January 23, 1996

*Barry L. Thompson,* for the appellants (plaintiffs).

*Peter M. Lerner,* for the appellees (defendant Henry Bock et al.).

PER CURIAM. The judgment is affirmed.

WINIFRED NATION *v.* 72 ACRE ROAD CORPORATION ET AL.
(14307)

O'Connell, Spear and Hennessy, Js.

Submitted on briefs November 6, 1995—decision released January 23, 1996

*Robert G. Zanesky* filed a brief for the appellants (named defendant et al.).

*Patrick R. Gil* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.